STATE, p. b., *vs.* IDA GREENWOOD, d. b.

*Certiorari—Justice of the Peace—Municipal Court—Jurisdiction—Nuisances.*

A Justice of the Peace has no jurisdiction over nuisances committed in the City of Wilmington. The Municipal Court has exclusive jurisdiction to try such offenses.

(*February 27, 1900.*)

LORE, C. J., and PENNEWILL and BOYCE, J. J., sitting.

*Peter L. Cooper, Jr.,* Deputy Attorney-General for the State.

*Frank L. Speakman* for defendant.

Superior Court, New Castle County, February Term, 1900.

CERTIORARI (No. 9, February Term, 1900).

The record of the Justice of the Peace set forth that the defendant was charged with wilfully trespassing on the 13th day of December, 1899, in Wilmington Hundred, upon the premises of Lenora Lone, and also with acting in a disorderly manner towards the said Lenora Lone. The record also set forth the following:

"And now, to wit, this 15th day of December, A. D. 1899, the parties appear and ready for a hearing, the defendant pleads not guilty to the charge of trespass and after hearing all the evidence and maturely considering the same, I adjudge said defendant guilty of a nuisance by wilfully trespassing upon the premises of said Lenora Lone, and order that she pay a fine of $2.00 and costs, to wit, $5.87."

The exceptions filed went to the jurisdiction of the Justice of the Peace to hear and determine said case.

*Mr. Speakman:*—The judgment of the Justice should be reversed. Under the charter of the City of Wilmington creating the Municipal Court the sole and exclusive jurisdiction of the offense was vested in that Court. The said act provides that "the said Municipal Court shall have sole and exclusive jurisdiction to inquire of, hear, try and finally determine all those criminal matters and offenses enumerated in the *15th Section* of the *6th Article* of the *Amended Constitution*" (1831), and committed within said city, and punish all persons convicted of said offenses, or any of them, agreeably to the laws of this State."

*17 Del. Laws, Chap. 207, Sec. 15.*

As this act went into effect in 1883, subsequent to the passage of the act conferring jurisdiction upon Justices of the Peace for New Castle County to try such offenses (*15 Del. Laws, Chap. 190*), the said Municipal Court is thereby vested with this jurisdiction and the sole and exclusive cognizance of nuisances committed within the City of Wilmington, which covers the offense charged.

LORE, C. J.:—Let the judgment below be reversed, on the ground that the Municipal Court has exclusive jurisdiction to try nuisances committed in the City of Wilmington.

Judgment below reversed.